IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEELWORKERS PENSION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-142 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| THE RENCO GROUP, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 26, 2018, the Magistrate Judge issued a Report (Doc. 47) recommending that Defendants' Motions to Dismiss (Doc. 14) be denied. Service of the Report and Recommendation ("R&R") was made on the parties, and Defendants have filed Objections. *See* Doc. 49.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Defendants' Motion to Dismiss (**Doc. 14**) is **DENIED**, and the Magistrate Judge's R&R (Doc. 47) hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


December 4, 2018                                      s\Cathy Bissoon
                                                      Cathy Bissoon
                                                      United States District Judge

cc (via ECF email notification):

All Counsel of Record